Louis swanson   AL8499
Name and Prisoner/Booking Number

California Health Care, Stockton Ca.
Place of Confinement

P0.Box 213040 , C5B/116B
Mailing Address

Stockton, Ca 95213
City, State, Zip Code

**FILED**

JUN 12 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Louis Swanson                                  )
(Full Name of Plaintiff)                       )
            Plaintiff,                         )
                                               )
            v.                                 )  CASE NO. 2:25cv1626 EFB (PC)
                                               )  (To be supplied by the Clerk)
(1)  T.Washington RN.                          )
(Full Name of Defendant)                       )
(2)  S.Bristow, CO.                            )
                                               )  **CIVIL RIGHTS COMPLAINT**
(3)  DOES 1 THRU 50                            )  **BY A PRISONER**
                                               )  **JURY TRIAL DEMANDED**
(4) _____                 )  ☒ Original Complaint
            Defendant(s).                      )  ☐ First Amended Complaint
☐ Check if there are additional Defendants...  )  ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____.

2. Institution/city where violation occurred:  California Heath Care Facility, Stockton .

## B. DEFENDANTS

1. Name of first Defendant: __Tammy Washington__. The first Defendant is employed as: __Medical ,Register Nurse__ at __CHCF Stockton Ca.__.
   (Position and Title)                                          (Institution)

2. Name of second Defendant: __Steve Bristow__. The second Defendant is employed as: __Custody Superviser ,Correctional officer,__ __CHCF,Stockton__.
   (Position and Title)                                          (Institution)

3. Name of third Defendant: __Does__. The third Defendant is employed as: __SRN. 2nd Watch__ at __CHCF Stockton,Ca__.
   (Position and Title)                                          (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _____
   Violation of the 14th Amendment _____.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I requested Batteries for my hearing aids several times Each time RN Washington became more and more belligerent to me She made threats and got extremely loud to the shouting point. She knew I could not hear well and actually very little without the hearing aides. At one point I beleive she laughed at me. She was facing me at close proximity. As I stated to leave the front tire of my walker touched her shoe No malice or even intention on my part was present. She approached Officer Bristow and told him she wanted him to write me up for a battery on a non-prisoner. Officer Bristow without hesitation wrote a complaint up as requested. I was handcuffed, taken to Ad Seg locked up for ten days got behind on my school studies and theschool made my absence unexscused.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was locked up for ten days, without due process, I got behind on my school work and classroom studies. I was inavertently failed on courses. and I was refused medical care that resulted in Two major strokes.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: <u>8th amendment</u>

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was handcuffed and taken to adsg without and due process, I was failed on my school classes, I was left in a cell for ten days without any indication of the end . If not cruel, certainly unusual inflicted punishment. Additionally my medical needs were not met. All of this and the stress thereof resulted in a massive stroke in which I spent another period of time in a hospital bed. The affects of all this I am still to date recovering from.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Please see the above in supporting facts. Cruel and unusual punishment in violation of the 8th amendment.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Without an explanation the relief I am seeking may sound extreme it is actually reasonalble considering.
I am requesting $250,000.00 (Two Hundred and Fifty Thousand) Per Claim and per Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 17, 2025                                    *Louis Swanson*
                    DATE                                    SIGNATURE OF PLAINTIFF

Executed by Plaintiff
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6